IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


DR. CHARLES HOPSON, Ph.D.                                        PLAINTIFF


v.                              No. 4:11-cv-608-DPM


MIKE BEEBE, in his individual and official capacity
as Governor of the State of Arkansas; DR. TOM
KIMBRELL, in his individual and official capacity
as Commissioner, Arkansas Department of Education;
Dr. JERRY GUESS, in his official capacity as
Superintendent of Pulaski County Special School
District; JOHN OR JANE DOE, NUMBERS 1
THROUGH 100, in their individual and official
capacities                                                      DEFENDANTS


## ORDER

The Court's delay in ruling on the motions to dismiss has undermined

the current scheduling order.  The Court therefore suspends that order,

*Document No. 31.*  An amended scheduling order, with a new trial date and

new pre-trial deadlines, will issue. The parties should put their work on hold

until the Court decides the motions to dismiss, which the Court will do soon.

Motion to extend deadlines, *Document No. 33*, granted.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

 6 March 2012