IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DR. CHARLES HOPSON, Ph.D.                                              PLAINTIFF

v.                                        No. 4:11-cv-608-DPM

MIKE BEEBE, in his individual and official capacity
as Governor of the State of Arkansas; DR. TOM
KIMBRELL, in his individual and official capacity
as Commissioner, Arkansas Department of Education;
PULASKI COUNTY SPECIAL SCHOOL DISTRICT;
Dr. JERRY GUESS, in his official capacity as
Superintendent of Pulaski County Special School
District; and JOHN OR JANE DOE, NUMBERS 1
THROUGH 100, in their individual and official
capacities                                                              DEFENDANTS

ORDER

Cynthia Howell may bring an audio recording device into the courthouse for the hearing in this case on 29 August 2012. Her use of the device and the recording are subject to the restrictions in Local Rule 83.2(d).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 August 2012