# PROBATE DOCKET

Case No. _____ Estate of _Charles Cooper_ Deceased

Name of Administrator,
Executor, Guardian or Curator _____

Postoffice _____

ATTORNEY _____

SURETIES: _____

CASE NO. P-13-4-?

| Nature of Application, Petition, or Exhibit | Date of Filing | Date of Orders | ORDERS OF COURT | Book Vol. Page |
|---|---|---|---|---|
| Petition | 1-16-13 | | | |
| Affidavit | 1-11-13 | | | |
| Will | 3-6-13 | | | |
| Waiver | 3-6-13 | | | |
| Acceptance | 3-6-13 | | | |
| Order | 4-1-13 | | | |

IN THE CIRCUIT COURT OF NEVADA COUNTY, ARKANSAS
PROBATE DIVISION

IN THE MATTER OF THE ESTATE
OF CHARLES HOPSON, DECEASED     NO. P-13-4-2

PATRICIA HOPSON     PETITIONER

## ORDER ADMITTING WILL TO PROBATE AND APPOINTING ADMINISTRATOR

On this _21st_ day of _March_ 2013, there is presented to the Court the Petition of Patricia Hopson of Nevada County, Arkansas, for probate of the will of Charles Hopson, deceased, and for appointment of a administrator for the estate, and upon consideration of such petition and the facts and evidence in support thereof, the Court finds: That the testator of said will is deceased; that the instrument offered for probate was executed in all respects according to law when the testator was competent to do so and acting without undue influence, fraud or restraint; that the will was not revoked, and the instrument offered for probate is his last will; and that this court has jurisdiction and venue properly lies in this county. The Court further finds that Patricia Hopson is a proper person and fully qualified by law to serve as Administrator of said will and administer the estate of the deceased.

It is therefore by the Court CONSIDERED and ORDERED that the said will be, and it hereby is, admitted to probate as the last will of said deceased; that administration is hereby opened in said estate and that Patricia Hopson be and she hereby is, named and appointed Administrator of the estate of the decedent; and that letters testamentary shall be issued to said Administrator and that said Administrator shall serve without bond.

IT IS SO ORDERED.

_____
CIRCUIT JUDGE

_3-21-13_____
DATE

Prepared by:
RICKEY H. HICKS #89235
Attorney at Law
415 Main Street
Little Rock, Arkansas 72201
501-374-2574–Office
501-920-7298–Cell
501-372-3164–Facsimile
E-mail: hickslawoffice@yahoo.com

2