IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATRICIA HOPSON, as Executrix of the
Estate of Dr. Charles Hopson                                    PLAINTIFF

v.                         No. 4:11-cv-608-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT                                                         DEFENDANT

ORDER

The Court notes and appreciates both parties' pretrial disclosure sheets and trial briefs. The District's demand for a jury is withdrawn. № 93 at 9. We will have a bench trial. The Court directs the Clerk to correct the docket: № 96 is an amendment to Hopson's trial brief, № 95, not a motion. The Court will hold a pretrial on 29 October 2013 at 10:00 a.m.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 October 2013