IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATRICIA HOPSON, as Executrix of the
Estate of Dr. Charles Hopson                                        PLAINTIFF

v.                                          No. 4:11-cv-608-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT                                                            DEFENDANT

## ORDER

The Court made a mistake about its schedule.  The trial will start on

Tuesday, 7 January 2014, at 8:30 a.m.  Apologies for the confusion.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_30 october 2013_