IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATRICIA HOPSON, as Executrix of the
Estate of Dr. Charles Hopson                                          PLAINTIFF

v.                          No. 4:11-cv-608-DPM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT                                                              DEFENDANT

JUDGMENT

This case has settled. Hopson's remaining claims against PCSSD are dismissed with prejudice. All other claims are dismissed as specified in the Court's prior Orders, № 45 & 74.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 December 2013